From: **Adrienne Ellis** <aellis@physiciansgrouplaboratories.com>
Date: Fri, Aug 22, 2025 at 9:30 AM
Subject: Notice withdrawing consent and discontinuing services
To: Patrick Richmond <prichmond@aimabms.com>
Cc: Aaron Liston <aaron@aimabms.com>, Michelle Moore <mmoore@physiciansgrouplaboratories.com>

Patrick,

Please see the attached letter withdrawing PGL's consent to the proposed agreement between PGL and AIMA and requesting that AIMA discontinue all services to PGL, effective immediately.

Sincerely,

Adrienne Ellis
General Counsel, Chief Compliance Officer
C: (504)444-6278
PGL + PCL

1

 

August 22, 2025

Via Certified Mail and E-Mail

Patrick Richmond
AIMA BMS LLC
1990 Main Street, Suite 750
Sarasota, Florida 34236

     Re: Withdrawal of Consent to Proposed Agreement

Dear Mr. Richmond:

     I am writing to formally notify AIMA Business and Medical Support, LLC ("AIMA" that Physicians Group Laboratories, LLC and PGLTX, LLC (collectively, "PGL") hereby withdraw any and all acts of consent, whether expressed in writing, orally, or through conduct, to the Medical Billing Services Agreement dated April 15, 2025 ("Proposed Agreement"), attached hereto as Exhibit A, and any attachments, addenda, or other obligations arising from the Proposed Agreement or AIMA's performance of services for PGL.

     The Proposed Agreement, by its own terms, never became a binding contract. Section 12.12 of the Proposed Agreement provides:

> *Validity*. BOTH PARTIES ACKNOWLEDGE AND AGREE THAT THIS AGREEMENT IS VOID AB INITIO AND OF NO FORCE OR EFFECT UNLESS AND UNTIL: (A) IT IS SIGNED BY TWO AUTHORIZED SIGNATORIES OF BILLING CENTER AND (B) CLIENT HAS FULLY EXECUTED THE DIRECT WITHDRAWAL AUTHORIZATION FORM ATTACHED HERETO AS EXHIBIT C.

     The Proposed Agreement was never signed by two authorized signatories of AIMA, and therefore, by the Proposed Agreement's own terms, it was at all times void ab initio and of no force or effect.

     Given that the Proposed Agreement never became a binding contract, PGL is entitled to withdraw its consent to the Proposed Agreement, as it has done through this notice. *See* La. Civ. Code arts. 1930, 1947.

Physicians Group Laboratories
4752 LA-311 STE 112  Houma, LA
Houma, LA 70380

Providers' Choice Laboratory
8300 Cypress Creek Parkway, #320
Houston, TX 77070

 

Further, to the extent the Proposed Agreement did become a binding contract, this letter shall serve as notice that PGL exercises its right to terminate the Proposed Agreement, effective immediately, pursuant to Section 8.1(b) of the Proposed Agreement.

AIMA's repeated billing errors have resulted in non-compliance with applicable billing regulations and jeopardized PGL's relationships with its payers. AIMA has also failed to achieve the Key Performance Indicators listed in the Statement of Work. Specifically, PGL has identified the following material breaches of the Proposed Agreement:

1. <u>AIMA has failed to exhaust reasonable efforts to collect denied claims.</u>

Section 1.1(b) of the contract obligates AIMA to "handle all claims follow up, resubmissions, and appeals, exhausting reasonable efforts to collect denied claims." Further, only after receiving permission from PGL may AIMA adjust claims as uncollectable. The following instances provide illustrative examples of AIMA's failure to exhaust reasonable efforts to collect denied claims:

- Between April 15 and May 15, 2025, AIMA processed fewer claims than PGL's internal team had processed in the previous month, despite AIMA's previous commitments to provide a full team to PGL, with no "ramp up" period, and to prioritize revenue stabilization during the first 60 days of providing services.

- Following denials by Blue Cross Blue Shield of Louisiana related to the "place of service" code, AIMA's employees moved claims to "uncollectable" rather than investigate the plan's policy regarding place of service codes and the cause of the denial.

- On May 14, 2025, PGL found that, following denials for CPT codes 84443, 80053, and 85205, AIMA did not take action to research payer policies, which had recently changed to require the comprehensive code 80050.

- On May 20, 2025, PGL found the following errors by AIMA employees with respect to Texas Children's:

    - AIMA removed CPT codes 87150 and 87500 for Texas Children's, even though these codes did not trigger a "bundling" error for Texas Children's. Although the errors were corrected, the potential loss was approximately $52 per claim.

    - AIMA replaced modifier GZ with modifier GY. GY is a Medicare modifier but is not recognized by Texas Medicaid. This error required the submission of a second corrected claim, leading to increased risk of SIU investigation.

Physicians Group Laboratories
4752 LA-311 STE 112  Houma, LA
Houma, LA 70380

Providers' Choice Laboratory
8300 Cypress Creek Parkway, #320
Houston, TX 77070

 

- Following denials from Medicare related to medical necessity, AIMA personnel submitted corrected claims rather than submitting medical records to support the services billed.

- On several occasions, when submitting "corrected" claims, AIMA personnel have submitted the new CPT code for only one line rather than the entire claim. This incorrect submission procedure results in the payer adjusting the claim to reimburse only the single CPT code submitted on the corrected claim and recouping any prior payment on previously submitted CPT codes.

- On June 19, 2025, a review by PGL revealed collectable claims, notably with antibiotic resistance adjustments, that had been prematurely moved to uncollectable status. Despite prior guidance, AIMA's team was bypassing agreed-upon processes. AIMA began corrections, but these issues had already led to revenue loss.

2. <u>AIMA's errors in submitting "corrected" claims have resulted in potential noncompliance with billing rules and jeopardized PGL's relationships with its payers.</u>

Section 2.2 (g) and (h) of the contract place primary responsibility for providing CPT codes with PGL.

- On June 13, 2025, PGL noted that AIMA employees submitted claims without first checking on the status of those claims, resulting in the submission of duplicate claims to several payers, including Texas Children's, a managed care organization for Texas Medicaid. Submitting duplicate claims is a noncompliant billing practice that jeopardizes PGL's relationships with its payers and could give rise to liability under the False Claims Act. PGL is now expending additional internal time and resources to monitor these claims to ensure all claims are correctly adjusted by Texas Children's and to disclose the errors to Texas Children's. Although AIMA acknowledged the issue and implemented a protocol to review claim history before resubmission, the problem had already triggered compliance concerns.

- Following PGL's agreement to bill CPT code 87801 to United Healthcare for PGL's STI and UTI test panels, on June 13, 2025, AIMA employees submitted corrected claims with CPT code 87801 for testing unrelated to these panels. Changes were even made to PGL's blood chemistry panels, when CPT code 87801 is clearly limited to use only for testing via amplified probe technique. The improper resubmission of claims to United Healthcare will require substantially more time and effort by PGL's employees to submit claims and delays in reimbursement. These unauthorized changes in CPT codes by AIMA also led to a potential loss of reimbursement of $139,000.

Physicians Group Laboratories
4752 LA-311 STE 112  Houma, LA
Houma, LA 70380

Providers' Choice Laboratory
8300 Cypress Creek Parkway, #320
Houston, TX 77070

   

3. <u>AIMA's performance has fallen below the Key Performance Indicators in Exhibit A and has resulted in revenue loss for PGL.</u>

Section 8.1(b) provides that AIMA's performance falling below any of the Key Performance Indicators listed in Exhibit A shall be a "material breach" of the Proposed Agreement. AIMA's performance has fallen below the Key Performance Indicators ("KPIs") listed for average Days in AR. As of July 17, 2025, the Days in AR for Physicians Group Laboratories was 439, against a KPI of 347, and the Days in AR for Providers' Choice Laboratory was 426, against a KPI of 329.

Despite our prior notices and repeated attempts to resolve these issues, AIMA has failed to cure the breaches. As a result, we are exercising our right to terminate the Proposed Agreement for cause, effective immediately.

We also note that AIMA has recently been named a defendant in a False Claims Act lawsuit brought by the United States Department of Justice. The lawsuit's allegations relate to billing services AIMA performed on behalf of an independent clinical laboratory and therefore raise additional concerns about AIMA's compliance and about the impact of the Proposed Agreement on PGL's relationships with its clients and payers.

4. <u>AIMA has repeatedly ignored or inadequately responded to formal communications.</u>

AIMA has failed to communicate effectively with PGL, frequently ignoring or inadequately responding to PGL's emails regarding AIMA's performance, as demonstrated by the following:

- On May 27, 2025, PGL sent an email outlining its expectations for AIMA's performance. No acknowledgement email was received.
- On May 28, 2025, PGL sent an email raising its concern about AIMA's failure to provide claim-level detail or reimbursement expectations.
- On June 4, 2025, PGL sent a follow-up email requesting acknowledgement and reiterating expectations. AIMA (Sharleen) responded, stating only that a detailed action plan would follow.
- On June 10, 2025, PGL emailed to follow up on the promised action plan. AIMA (KD) responded with a partial plan. PGL replied with a variance email, requesting payer-specific claims to be worked and expected reimbursement.
- On June 13, 2025, AIMA (Martin) responded to the June 10 request with a list of workable claims and balances. PGL replied again, reiterating that the original request remained unanswered–no complete resolution was provided.

Physicians Group Laboratories
4752 LA-311 STE 112  Houma, LA
Houma, LA 70380

Providers' Choice Laboratory
8300 Cypress Creek Parkway, #320
Houston, TX 77070

 

- On July 14, 2025, PGL and AIMA held the 5th payment review meeting since AIMA began providing services to PGL. AIMA's team appeared to not understand the purpose of the call, reflecting clear internal disorganization.
- On July 15, 2025, PGL sent another variance email requesting specific claims that AIMA would work and expected reimbursement outcomes. AIMA responded with summary tables but again failed to deliver claim-specific details or clear resolution plans.
- On July 29, 2025, PGL requested an explanation for a decline in revenue from BCBS TX compared to the same period in the prior year, as well as expected reimbursement from LHCC. Neither request was answered.
- On August 5, 2025, PGL sent a variance report to AIMA, requesting a claim breakdown by payer, including specific issues per claim, an action plan for resolution, and the expected reimbursement timeline. PGL specifically asked AIMA not to repeat variance amounts. AIMA (Sharleen) acknowledged the email and agreed to provide details.
- On August 8, 2025, AIMA sent PGL variance amounts only. This response was not aligned with PGL's request. PGL followed up to clarify the missing details. Later the same day, AIMA (Sharleen) acknowledged PGL's email and agreed to correct AIMA's response and, later that day, finally sent a detailed breakdown of the outstanding claims.
- Executives for PGL and AIMA have held multiple meetings to review AIMA's performance. AIMA's CEO admitted to internal miscommunication and lack of team ramp-up, confessing that AIMA had "dropped the ball."
- Despite these numerous requests, PGL has not received claim-specific details or clear resolution plans.

5. <u>Conclusion</u>

As noted above, under its own terms, the Proposed Agreement never became a binding contract between PGL because only one authorized signatory signed the Agreement on behalf of AIMA. The Agreement was, therefore, void ab initio and of no force and effect. PGL withdraws its consent to the Proposed Agreement.

Additionally, to the extent the Proposed Agreement has any force or effect, PGL is terminating the Proposed Agreement for AIMA's material breach of the Agreement. Despite months of repeated requests, corrective actions, and executive-level intervention, AIMA has failed to delivered to deliver on performance and revenue promises, repeatedly ignored or inadequately responded to formal communications, caused claim denials and prepayment reviews, mishandled coding and claim classification, failed to provide transparency and accurate reporting, prematurely abandoned revenue opportunities, and demonstrated an unacceptable level of internal disorganization. Ultimately, AIMA has failed to provide the level of service contractually agreed upon, and this mismanagement has caused tangible financial harm and placed PGL at compliance risk with payers.

Physicians Group Laboratories
4752 LA-311 STE 112  Houma, LA
Houma, LA 70380

Providers' Choice Laboratory
8300 Cypress Creek Parkway, #320
Houston, TX 77070

 

We request that AIMA immediately:

1. Cease all billing activities on PGL's behalf;
2. Transfer all relevant data, records, and documentation related to our account;
3. Cooperate fully to ensure a smooth transition of services;
4. Return or securely destroy any Protected Health Information ("PHI") pursuant to Section 5(F) of the Business Associate Agreement, attached as Exhibit D to the Proposed Agreement.

Please confirm in writing your acknowledgement of this termination and your agreement to the transition process outlined above by the close of business, August 22, 2025.

Sincerely,

*Adrienne Ellis*

Adrienne Ellis
General Counsel

Physicians Group Laboratories
4752 LA-311 STE 112 Houma, LA
Houma, LA 70380

Providers' Choice Laboratory
8300 Cypress Creek Parkway, #320
Houston, TX 77070