UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHYSICIANS GROUP LABORATORIES, LLC, and PCLTX, LLC<br><br>VERSUS<br><br>AIMA BUSINESS AND MEDICAL SUPPORT LLC | CIVIL ACTION NO.: 2:25-cv-01725<br><br>SECTION G<br><br>JUDGE: BROWN<br><br>MAGISTRATE: NORTH |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Physicians Group Laboratories, LLC ("PGL") and PCLTX, LLC ("PCLTX") certifies that to the best of my knowledge and belief:

1. PGL has no parent corporation, nor is there any publicly held corporation owning 10% or more of PGL's stock.

2. PCLTX has no parent corporation, nor is there any publicly held corporation owning 10% or more of PCLTX's stock.

Respectfully submitted,

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108
E-mail: mmims@liskow.com

          **Counsel for Plaintiffs Physicians Group Laboratories, LLC and PCLTX, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on August 22, 2025.

          */s/ Michael C. Mims*