UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHYSICIANS GROUP LABORATORIES, LLC, and PCLTX, LLC | CIVIL ACTION NO.: 2:25-cv-01725 |
| | SECTION G |
| VERSUS | JUDGE: BROWN |
| AIMA BUSINESS AND MEDICAL SUPPORT LLC | MAGISTRATE: NORTH |

## <u>DECLARATION OF MICHAEL C. MIMS</u>

I, Michael C. Mims, hereby declare as follows:

1.      I am a Shareholder of the law firm Liskow & Lewis, APLC ("Liskow"), and am duly admitted to practice before this Court.

2.      I represent plaintiffs Physicians Group Laboratories, LLC, and PCLTX, LLC in the above-referenced litigation.

3.      Attached hereto as Exhibit A-1 is a true and correct copy of e-mail correspondence between myself and Lauren Mehta, counsel for defendant AIMA Business and Medical Support LLC, dated September 4, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 4, 2025.

By: _____
**Michael C. Mims**

**EXHIBIT A**

**Michael Mims**

| | |
|---|---|
| **From:** | Lauren Mehta <lauren@ltmlegal.com> |
| **Sent:** | Thursday, September 4, 2025 11:43 AM |
| **To:** | Michael Mims |
| **Subject:** | Re: [External Email] Physicians Group Laboratories, LLC et al v.. AIMA Business and Medical Support, LLC, 2:25-cv-01725, Eastern District of Louisiana |

**[EXTERNAL EMAIL]**

Mike,

Thank you for the below and for sending over FRCP 7.1. I did review the Rule. As you indicate below, I don't believe that it would apply until such time as an attorney makes a first appearance in the case. However, in the spirit of working towards a settlement, I can disclose that, per a recent conversation with my client, no member of AIMA is a citizen of Louisiana.

Below, you request that I identify the citizenship of each member. Previously, you had only asked the yes or no question of whether any members were Louisiana citizens, so that is the question that I have asked AIMA. Hopefully, that is sufficient for purposes of filing your brief.

If the court wishes, we can provide any additional information required by the rule at the time we make our first appearance.



**Lauren Mehta**
**Founder and Principal**
lauren@ltmlegal.com
**904-729-3552**

**If you have received this communication in error**, we would appreciate it if you would notify the sender promptly of the error by return e-mail at the address indicated above for the sender or by calling LTM Legal, PLLC, so that our address record can be corrected. Thank you for your assistance.

**From:** Michael Mims <mmims@liskow.com>
**Date:** Thursday, September 4, 2025 at 10:26 AM
**To:** Lauren Mehta <lauren@ltmlegal.com>
**Subject:** Re: Physicians Group Laboratories, LLC et al v.. AIMA Business and Medical Support, LLC, 2:25-cv-01725, Eastern District of Louisiana



Lauren — good morning. To memorialize, we spoke yesterday about my request that AIMA identify the citizenship of each of its members prior to September 8, 2025 (the date by which the Court has requested clarification of this issue). You said that AIMA does not presently intend to provide Plaintiffs with that information, "because we don't want to help you prove your case." You asked whether AIMA

**EXHIBIT A-1**

was obligated to provide the information to me, and I pointed you toward FRCP Rule 7.1, which indeed requires AIMA to file a disclosure statement with the Court identifying its members and their citizenship, and to do so at the time AIMA files its first appearance in the litigation (which will presumably occur later than September 8). I explained that AIMA would only be wasting the Court's time and resources, and those of the parties, by delaying its disclosure of this information, especially given that the Court has requested clarification of this issue. You responded that you would take a look at Rule 7.1 and would let me know if AIMA changes its position.

I hereby reiterate my request that AIMA identify the citizenship of each of its members as soon as possible. If you do not provide this information by close of business today, I will be forced to begin preparing our brief on this issue, and we will reserve all rights to seek all relief available by law in connection with being needlessly forced to prepare the brief.

You are welcome to give me a call if you would like to discuss.

Sincerely,

**Michael C. Mims**
Shareholder



P: 504.556.4143
mmims@liskow.com
 
Hancock Whitney Center | 701 Poydras Street | Suite 5000
New Orleans, Louisiana 70139
**liskow.com**

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.