UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHYSICIANS GROUP LABORATORIES, LLC, AND PCLTX, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1725** |
| **AIMA BUSINESS AND MEDICAL SUPPORT, LLC** | **SECTION: "G"(5)** |

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed, and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this <u>17th</u> day of September, 2025.

                                                         **NANNETTE JOLIVETTE BROWN**
                                                         **UNITED STATES DISTRICT JUDGE**

---

[1] *See* Attached.



**Michael C. Mims**
mmims@liskow.com
D: 504.556.4143

September 15, 2025

**VIA PDF EMAIL: efile-Brown@laed.uscourts.gov**
Honorable Nannette Jolivette Brown
United States District Court for the Eastern District of Louisiana
500 Poydras Street
Room C205
New Orleans, LA  70130

    Re:   *Physicians Group Laboratories, LLC, and PCLTX, LLC versus AIMA Business and Medical Support, LLC,* No. 25-cv-01725, United States District Court for the Eastern District of Louisiana

Dear Judge Brown:

We respectfully submit this joint letter on behalf of all parties, notifying the Court that the parties have reached a settlement, calling for dismissal of this action with prejudice.

The parties agree that, if agreeable to the Court, it would be appropriate for the Court to enter a 60-day order, dismissing this action without prejudice while the parties prepare formal settlement documents.

If we can be of further assistance to the Court, please do not hesitate to contact us.

    Sincerely,

Michael C. Mims
Counsel for Physicians Group Laboratories, LLC, and PCLTX, LLC

/s/ Lauren Mehta
Counsel for AIMA Business and Medical Support, LLC

cc: all counsel of record via electronic mail