UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHYSICIANS GROUP LABORATORIES, LLC, and PCLTX, LLC<br><br>VERSUS<br><br>AIMA BUSINESS AND MEDICAL SUPPORT LLC | CIVIL ACTION NO.: 2:25-cv-01725<br><br>SECTION G<br><br>JUDGE: BROWN<br><br>MAGISTRATE: NORTH |

## RULE 41(a) NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Physicians Group Laboratories, LLC and PCLTX, LLC ("Plaintiffs") hereby submit this notice dismissing all claims that they have asserted in this action with prejudice. Because no opposing party has served an answer or a motion for summary judgment, Plaintiffs dismiss this action without court order or consent of any other party in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
      Michael C. Mims (#33991)
      Brady M. Hadden (#37708)
      Alec Andrade (#38659)
      701 Poydras Street, Suite 5000
      New Orleans, LA 70139
      Telephone: (504) 581-7979
      Telefax: (504) 556-4108
      E-mail: mmims@liskow.com
      **Counsel for Plaintiffs Physicians Group Laboratories, LLC and PCLTX, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on October 8, 2025. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile to non-CM/ECF participants.

*/s/ Michael C. Mims*